THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIUS SPIEGEL, Respondent, *v.* JOSEPH A. McCANN, Warden of the New York County Penitentiary, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

(Argued January 25, 1933; decided February 28, 1933.)

*Thomas C. T. Crain*, District Attorney (*Felix C. Benvenga* of counsel), for appellant.

*Sidney Manster* and *LeRoy Campbell* for respondent.

Order affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.